Minute Order Form (06/97)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 5766 | **DATE** | 8/3/2000 |
| **CASE TITLE** | Daron Hill et al. Vs. Shell Oil Company et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff seeks to amend to add a party, Motiva Enterprises LLC, and to add allegations of discrimination by Motiva within the past few months. Shell and Equilon oppose the motion. We grant the motion.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | AUG 0 4 2000 | |
| | Notified counsel by telephone. | | date docketed | 187 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | ED-7 FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 00 AUG -3 PM 4:17 | date mailed notice | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARON HILL, et al.,                )
                                   )
            Plaintiffs,            )
                                   )
      vs.                          )   No. 98 C 5766
                                   )
SHELL OIL COMPANY, et al.,         )
                                   )
            Defendants.            )

### MEMORANDUM OPINION AND ORDER

Plaintiff seeks to amend to add a party, Motiva Enterprises LLC, and to add allegations of discrimination by Motiva within the past few months. Shell and Equilon oppose the motion. We grant the motion.

Shell and Equilon oppose the amendment because the case has been pending for two years, plaintiffs have known about Motiva since before the case was filed, and plaintiffs cannot establish successor liability or Motiva's responsibility for any transgressions by the present defendants. They concede that leave to amend should be freely granted.

In this case there has been little substantive discovery because of uncertainty about whether or not Motiva should be added. On the basis of recent discovery plaintiffs now conclude that it should be added because it took over numerous stations in various areas of the United States and, it is alleged, on occasion engaged in the same kind of discrimination charged against Shell and Equilon. Perhaps Motiva cannot be liable as a successor, but we cannot determine that now, and the claimed recent incidents themselves justify the amendments.

JAMES B. MORAN
Senior Judge, U. S. District Court

Aug. 3, 2000.